**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-2364

CHARLES WILSON,

Plaintiff - Appellant,

versus

CATHY STRAIGHT; CARL TOLBERT; GARY DEVINNEY;
SHIRLEY ORRELL; MARY LOU SEAGLE; SHUFORD
MILLS, INCORPORATED,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Richard L. Voorhees, Chief District Judge.  (CA-94-121-V)

Submitted:  September 25, 1997      Decided:  October 20, 1997

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Wilson, Appellant Pro Se.  Robert Oliver King, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, Greenville, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order entering summary judgment for Defendants in this action filed pursuant to Title VII of the Civil Rights Act of 1964 as amended, and the Americans with Disabilities Act. We have reviewed the record and the district court's opinion adopting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wilson v. Straight</u>, No. CA-94-121-V (W.D.N.C. Sept 3, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>